IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-40178
Summary Calendar
_____


JAMES YORK BROWN,

                                        Plaintiff-Appellee,

versus

ROLAND SCOTT LYFORD; ANN GOAR;
DEBBIE MINSHEW; STEVE BAGGS,

                                        Defendants-Appellants,

and

MILLS SHIRLEY ECKEL & BASSETT L P;
TEXAS DEPARTMENT OF PROTECTIVE AND REGULATORY
SERVICES; BROOKS FLEIG,

                                        Defendants.



- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:94-CV-491
- - - - - - - - - -
February 23, 1996
Before DAVIS, BARKSDALE and DeMOSS, Circuit Judges.

PER CURIAM:[*]

     The appellants appeal the district court's discovery order.

That order is not an appealable interlocutory order.  We are thus

without jurisdiction.  See Lion Boulos v. Wilson, 834 F.2d 504,

507-09 (5th Cir. 1987).  The appeal is DISMISSED.

_____

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.